UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

James Mills,

    Plaintiff

    v.                                 Civil No.:  3:11-cv-346

Mercantile Adjustment Bureau, LLC,

    Defendant.

Stipulation and Proposed Order of Dismissal

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that

this action may be dismissed, on its merits, with prejudice and without fees or costs to

any party.

Consumer Protection Law Office
Attorneys for Plaintiff James Mills

By:__/s/ David Dudley_____          Dated:____10-17-2011_____
       David Dudley, SBN 1062812

Thomas and Associates
Attorneys for Defendant Mercantile Adjustment Bureau

By: _____              Dated: October 17, 2011
Scott G. Thomas, SBN 1004014

1

2

## ORDER

Upon all records, files, and proceedings had herein; and upon the Stipulation of the parties set forth above, and the Court being duly advised of the premises;

**IT IS HEREBY ORDERED** that the Stipulation of the Parties as set forth above is approved and adopted by the Court as its Order Herein.

Dated this **18th** day of **October**, 2011.

BY THE COURT:

William M. Conley
District Court Judge, Western District of Wisconsin

2